UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OHAD BAREBY,

                Plaintiff,

- against -

UNION MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

22-cv-6034 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
            September 21, 2022

                                          John G. Koeltl
                                    United States District Judge