UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OHAD BAREBY,

                Plaintiff,

    - against -

UNION MUTUAL FIRE INSURANCE COMPANY,

               Defendant.

22-cv-6034 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On July 15, 2022, the defendant removed this action to this Court. ECF No. 1. The defendant moved to dismiss the complaint on August 11, 2022. ECF No. 7. An opposition brief on behalf of the plaintiff was filed by Jonathan E. Neuman, Esq. on August 25, 2022. ECF No. 11. However, neither Mr. Neuman nor anyone else has filed a notice of appearance to represent the plaintiff in this case. Accordingly, by **Friday, January 27, 2023,** counsel for the plaintiff is directed to file a notice of appearance.

SO ORDERED.

Dated:    New York, New York
            January 23, 2023

                                              John G. Koeltl
                                      United States District Judge