UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHAD BAREBY,<br><br>       Plaintiff(s),<br><br>  v.<br><br>UNION MUTUAL FIRE INSURANCE CO.,<br><br>       Defendant(s). | 22-CV-6034 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued October 13, 2023, scheduled a conference for December 13, 2023, and required the parties to file a joint status letter on December 6, 2023. *See* ECF No. 23. No such letter was filed.

  It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **December 8, 2023.**

  SO ORDERED.

Dated: December 7, 2023
    New York, New York

                          DALE E. HO
                      United States District Judge